Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

Paul V. Simpson, Esq. (SBN 83878)
Sarah E. Lucas, Esq. (SBN 148713)
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Facsimile: (650) 615-4861

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al., | Case No.: C14-01185 TEH |
| Plaintiffs, | **STIPULATION FOR VOLUNTARY DISMISSAL; [PROPOSED] ORDER** |
| v. | |
| CAMPANELLA CORPORATION, a California Corporation; | |
| Defendant. | |

TO THE COURT:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs RUSSELL E. BURNS, et al. ("Plaintiffs") and Defendant CAMPANELLA CORPORATION, a California Corporation ("Defendant") stipulate to the voluntarily dismissal without prejudice of this entire action.

Plaintiffs have not previously filed or dismissed any similar action against Defendant.

1  The Parties have reached an informal resolution which settles all disputed issues in this
2  action. It is therefore requested that this action be dismissed without prejudice, with all parties to
3  bear their own attorneys' fees and costs.

Dated: June 5, 2014

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____
Erica J. Russell
Attorneys for Plaintiffs

Dated: June 5, 2014

SIMPSON, GARRITY, INNES &
JACUZZI, Professional Corporation

By: _____
Paul V. Simpson
Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

This case is hereby dismissed without prejudice, and the calendar herein is vacated.

Dated: 06/05/2014

_____
THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE